PER CURIAM.
AFFIRMED. See Fla. R. Crim. P. 3.800(a)(2) ; Jones v. State , 198 So.3d 920, 921 (Fla. 5th DCA 2016) ; Mills v. State , 23 So.3d 186, 187 (Fla. 1st DCA 2009) ; see also Nieves v. State , 113 So.3d 162, 163 (Fla. 2d DCA 2013) ("[A] defendant who is arrested for different offenses on different dates is not entitled to have jail credit applied equally to all prison sentences even though the sentences are run concurrently." (quoting Washington v. State , 873 So.2d 609, 610 (Fla. 2d DCA 2004) ) ).
COHEN, C.J., ORFINGER, and EDWARDS, JJ., concur.